In the Matter of the Claim of ARTHUR J. WHELAN, JR., Respondent, against IROQUOIS GAS CORPORATION, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 17, 1931; decided December 1, 1931.)

*William M. Fay* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.